BB
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **Investigative – Filed Under Seal** |
| v. | Case No. 26-mj-062 (ECW) |
| ABGIKADIR NOOR | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

**Count 1**: On or about January 12, 2026, in the State and District of Minnesota, Defendant Abgikadir NOOR (YOB 2001), did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, namely, Victim 1, a Deportation Officer of the United States Immigration and Customs Enforcement, who was engaged in, and on account of, the performance of official duties, and such acts involved the use of a dangerous or deadly weapon in violation of Title 18, Sections 111(a)(1) and (b).

I further state that I am a Special Agent with the HSI, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
*Complainant's signature*

Richard Berger, Special Agent HSI
*Printed name and title*

Sworn to and signed before me, by reliable electronic means (Facetime and box on USAfx), pursuant to Fed. R. Crim. P. 41(d)(3),

Date: January 23, 2026

City and State: St. Paul, MN

_____
*Judge's Signature*

Elizabeth Cowan Wright
United States Magistrate Judge
*Printed Name and Title*