UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

26mj62 NEB/LIB

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INFORMATION** |
| Plaintiff, ) | 18 U.S.C. § 111(a)(1) |
| v. ) | |
| ABGIKADIR NOOR, ) | |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

**Count One**
(Assaulting, Resisting, or Impeding Certain Officers or Employees)

On or about January 12, 2026, in the State and District of Minnesota, the defendant,

**ABGIKADIR NOOR,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with person designated in 18 U.S.C. § 1114, to wit: an Immigration and Customs Enforcement employee, while such officer and employee was engaged in and on account of the performance of official duties, all in violation of Title 18, United States Code, Section 111(a)(1).

Dated: February 11, 2026         DANIEL N. ROSEN
                                 United States Attorney

                                  /s/   *Michael Hakes-Rodriguez*
                                 BY:   MICHAEL HAKES-RODRIGUEZ
                                 Special Assistant United States Attorney

SCANNED LT
FEB 1 1 2026
U.S. DISTRICT COURT MPLS