# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## Criminal No. 26-mj-62 (NEB/LIB)

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>**Abdikadir Noor**,<br><br>    Defendant. | **First Motion to Continue and to Exclude Period of Continuance from the Speedy Trial Act** |

Abdikadir Noor, through counsel, respectfully offers the following motion to continue the discovery deadline and pretrial motion proceedings in this case, and to exclude the period of this continuance from the Speedy Trial Act clock. For the reasons outlined below, Mr. Noor seeks a four-week extension of trial proceedings. The prosecution does not object.

The defense respectfully requests more time for Mr. Noor and his counsel to meet and confer on the propriety of filing pretrial motion or simply setting the matter on for jury trial. The reason this is taking longer than normal is twofold: (1) Mr. Noor lives in St. Cloud, Minnesota and the undersigned lives in Moorhead, Minnesota, making face-to-face communication challenging; and (2) many quasi co-defendants in these "111 cases" have filed various legally complex motions that arguably apply to Mr.

Noor, and the undersigned seeks more time to discuss these motions and their pros and cons with Mr. Noor before deciding whether to file similar ones or not.

Accordingly, the facts outlined in the statement above support a modest suspension of trial proceedings, in light of which the requested extension is in the interest of justice, and as such is supported by the Speedy Trial Act, 18 U.S.C. § 3161 et seq. Counsel has discussed the Speedy Trial Act and its application to this case with Mr. Noor, who understands and supports the requested extension.

The defense therefore respectfully moves for: (1) an four-week continuance of the schedule and deadlines for trial proceedings that have been set in this case; and (2) for a determination that the period of delay occasioned by this continuance should be excluded from the speedy trial computation on the ground that the interest of justice served by granting the requested continuance outweighs the interest of the public and the defendant in a speedy trial.

Date:  March 19, 2026                    Respectfully submitted,

_____
Dane DeKrey (#0397334)
**RINGSTROM DEKREY PLLP**
814 Center Avenue, Suite 5
Moorhead, MN  56560
(218) 284-0484
dane@ringstromdekrey.com

2