# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## Criminal No. 26-mj-62 (NEB/LIB)

United States of America,

                    Plaintiff,

vs.

**Abdikadir Noor**,

                    Defendant.

**Statement of Facts in Support of First Motion to Exclude Period of Continuance from the Speedy Trial Act**

---

As counsel for Abdikadir Noor, the accused in this case, I respectfully offer the following statement of facts in support of the pending motion and request to continue the discovery deadline and pre-trial motion proceedings in this case, and to exclude the period of this continuance from the Speedy Trial Act clock. For the reasons outlined in the motion (ECF 34), I seek a four-week extension of the pre-trial and trial proceedings. The prosecution does not object.

I respectfully request more time to meet and confer with Mr. Noor on the propriety of filing pretrial motion or simply setting the matter on for jury trial. The reason this is taking longer than normal is twofold: (1) Mr. Noor lives in St. Cloud, Minnesota and I live in Moorhead, Minnesota, making face-to-face communication challenging; and (2) many quasi co-defendants in these "111 cases" have filed various

legally complex motions that arguably apply to Mr. Noor, and I seek more time to discuss these motions and their pros and cons with Mr. Noor before deciding whether to file similar ones or not.

Accordingly, the facts outlined in the statement above support a modest suspension of pretrial proceedings, in light of which the requested extension is in the interest of justice, and as such is supported by the Speedy Trial Act, 18 U.S.C. § 3161 et seq.  I have discussed the Speedy Trial Act and its application to this case with Mr. Noor, who understands and supports the requested extension.

Date:  March 19, 2026

Respectfully submitted,

Dane DeKrey (#0397334)
**RINGSTROM DEKREY PLLP**
814 Center Avenue, Suite 5
Moorhead, MN  56560
(218) 284-0484
dane@ringstromdekrey.com